Submitted on appellant's brief April 14, affirmed April 21, 1972
STATE OF OREGON, *Respondent, v.* RONNIE
LEON BRADFORD (C-71-09-2748),
*Appellant.*
495 P2d 751

Gary D. Babcock, Public Defender, Salem, for appellant.

No appearance for respondent.

Before SCHWAB, Chief Judge, and LANGTRY and THORNTON, Judges.

PER CURIAM.

AFFIRMED. *State v. Gann,* 254 Or 549, 463 P2d 570 (1969).